UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00437-SSS-SHK | Date: | March 14, 2024 |
| Title: | *Richard Lee Horn v. Christopher D. Maker, et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

The Court currently has a settlement conference scheduled for March 18, 2024 at 9:00 a.m.  To date, Plaintiff has not submitted a settlement conference brief as ordered nor notified the Court regarding the status of the settlement conference.  Specifically, pursuant to the Magistrate Judge's Settlement Conference Order ("Order"), each party was ordered to submit a Settlement Conference Statement ("Statement") directly to the Chambers of Magistrate Judge Kewalramani by no later than 4:00 p.m. five Court days prior to the settlement conference date.  See Electronic Case Filing Number ("ECF No.") 24, Order at 4-5.  Thus, the parties' Statements were due by March 13, 2024.  As such, the time for the parties to submit their Statements has now passed and Plaintiff has not submitted his Statement as ordered nor communicated with the Court to seek an extension or provide an explanation for failure to submit a Statement.  The Court on its own motion, VACATES the settlement conference hearing that is currently set and Plaintiff is ORDERED TO SHOW CAUSE why Plaintiff has not submitted his settlement statement by noon on March 22, 2024. Failure to provide an explanation may result in the imposition of sanctions or other action by the Court.

**IT IS SO ORDERED.**